**FILED**
JAN 1 8 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 92cr0433-GT |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF BENCH WARRANT |
| GILBERTO JOSE IGLESIUS-DUENAS, ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant GILBERTO JOSE IGLESIUS-DUENAS is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the bench warrant for GILBERTO JOSE IGLESIUS-DUENAS be recalled.

DATED: 1-18-11

_____
HONORABLE GORDON THOMPSON JR.
United States District Court

AWR:kaj
1/10/11